IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO AND JARED CHARLAP<br><br>Plaintiffs,<br><br>v.<br><br>WINE RACKS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-0161<br><br>LEAD CASE |
| IAN FOLEY AND JARED CHARLAP,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF OUTDOORS INC. DBA GOOGAN SQUAD,<br><br>Defendant. | Civil Action No. 2:25-cv-00174<br><br>MEMBER CASE |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs Ian Foley and Jared Charlap ("Plaintiffs") hereby requests that the Clerk of the Court enter default in this matter against Defendant Hous of Outdoors, Inc.dba Googan Squad, on the grounds that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant on March 7, 2025, as evidenced by the Affidavit of Service on file with this Court. [Dkt. 11.]

The above facts are set forth in the accompanying declaration of Benjamin J. Sweet.

Dated: April 9, 2025                    Respectfully Submitted,

                                              */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet
                                              ben@nshmlaw.com
                                              **NYE, STIRLING, HALE, MILLER & SWEET LLP**
                                              101 Pennsylvania Boulevard, Suite 2
                                              Pittsburgh, Pennsylvania 15228
                                              Phone: (412) 857-5350

                                              Jonathan D. Miller
                                              jonathan@nshmlaw.com
                                              **NYE, STIRLING, HALE, MILLER & SWEET LLP**
                                              33 W. Mission Street, Suite 201
                                              Santa Barbara, California 93101
                                              Phone: (805) 963-2345

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet , hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this April 9, 2025.

                                        */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet