IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO AND JARED CHARLAP<br><br>Plaintiffs,<br><br>v.<br><br>WINE RACKS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-0161<br><br>LEAD CASE |
| IAN FOLEY AND JARED CHARLAP,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF OUTDOORS INC. DBA GOOGAN SQUAD,<br><br>Defendant. | Civil Action No. 2:25-cv-00174<br><br>MEMBER CASE |

**AFFIDAVIT IN SUPPORT OF**
**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

In support of Plaintiffs' Request for Entry of Default, I state under penalty of perjury:

1. The Summons and Complaint were personally served on Defendant at Spenserv, Inc., 2200 Ross Avenue, Suite 4800, Dallas, TX 4800. Patricia Rodriguez was authorized to accept service. *See* Affidavit of Service at Dkt. 11.

2. Defendant's answer to the Complaint was due on March 28, 2025.

3. Defendant has failed to answer, respond, or appear in this action seeking declaratory judgment, a permanent injunction, and attorneys' fees and costs.

4. Defendant is not an infant, incompetent person, or a member of the military service.

Respectfully submitted on April 9, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet

## **CERTIFICATE OF SERVICE**

    I, Benjamin Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this April 9, 2025.

                              */s/ Benjamin J. Sweet*
                              Benjamin J. Sweet